JOHN K. WHITE et al., as Trustees, Appellants, *v.* GLADYS M. WIELANDT et al., Respondents, Impleaded with Others.

Argued June 18, 1941; decided July 29, 1941.

*Francis B. Hamlin* and *August J. Hovorka, Jr.*, for appellants.

*Charles C. Peters* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.